AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
2013 FEB -1 P 3: 55

U.S. Bank National Association

*Plaintiff(s)*

v.

Civil Action No. 1:13 CV 154

First Mortgage Corp.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* First Mortgage Corp.
3230 Fallow Field Drive
Diamond Bar, California 91765

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Scott Caulkins, VSB No. 23584
CAULKINS & BRUCE, PC
2300 Wilson Boulevard
Suite 240
Arlington, VA 22201
Tel: 703-558-3664

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   02/01/2013

*Signature of Clerk or Deputy Clerk*